## Spengler, Appellant, *v.* Yeager Supply, Inc.

Argued December 7, 1973.   *Jack A. Linton,* with him *Gerber and Linton,* for appellant; *Jay N. Abramowitch,* for appellee.

Order affirmed; reargument refused February 22, 1974.

SPAULDING, J., absent.

## Stanley *v.* Pilgrim Life Insurance Company, Appellant.

Argued December 5, 1973.   *Rames J. Bucci,* with him *Bucci and Bucci,* for appellant; *Paul A. Liebman,* for appellee.

Order affirmed.

SPAULDING, J., absent.